NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000479**
**08-SEP-2016**
**08:11 AM**

NO. CAAP-15-0000479

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GUSTAFSON REAL ESTATE LLC, Plaintiff-Appellee, v.
MICHAEL WATKINS, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CIVIL CASE NO. 1RC15-1-3764)

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Foley, Presiding J., Leonard and Ginoza, JJ.)

Upon consideration of Defendant-Appellant Michael Watkins' September 6, 2016 Motion for Reconsideration of the July 22, 2016 Memorandum Opinion and August 22, 2016 Judgment on Appeal, the supporting memorandum, and the records and files in this case,

IT IS HEREBY ORDERED that the Motion for Reconsideration is dismissed as untimely pursuant to Hawai'i Rules of Appellate Procedure Rule 40(a) ("A motion for reconsideration may be filed by a party only within 10 days after the filing of the opinion, dispositional order, or ruling unless by special leave additional time is granted during such period by a judge or justice of the appellate court involved.")

DATED: Honolulu, Hawai'i, September 8, 2016.

On the motion:
Michael Watkins,
Defendant-Appellant pro se.

Presiding Judge

Associate Judge

Associate Judge